# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br>   v.<br>JAMAR BLINCOE,<br>       Defendant. | Case No. 13-cr-00249-JSW-1<br>Case No. 15-cr-00348-JSW-1<br><br>**ORDER TO SHOW CAUSE** |

These two cases were scheduled for status conferences on October 18, 2016 at 1:00 p.m. Counsel for Defendant, Gilbert Eisenberg, Esq., did not appear, and did not seek leave to have alternate counsel appear on his behalf. (*See* Criminal Standing Order ¶ 3.)

Accordingly, Mr. Eisenberg is HEREBY ORDERED to show cause why he should not be sanctioned in the amount of $500.00 for his failure to appear and for his failure to comply with the Court's Criminal Standing Order. Mr. Eisenberg's response to his Order to Show Cause shall be due by no later than October 28, 2016.

**IT IS SO ORDERED.**

Dated: October 19, 2016

_____
JEFFREY S. WHITE
United States District Judge